APPEAL,CLOSED,DFM,EFILE,MOTREF,PJO,REFCNF,WIG

**U.S. District Court**
**United States District Court for the District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:09−cv−01949−DFM**
*Internal Use Only*

Encompass Advisors, Ltd. v. Unapen, Inc. et al
Assigned to: Judge Donna F. Martinez
Referred to: Judge Donna F. Martinez
      Judge William I. Garfinkel (Settlement)
Case in other court:  North Carolina Western, 1:09−cv−00229
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 11/30/2009
Date Terminated: 03/31/2014
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Encompass Advisors, Ltd.**          represented by  **Gregory J. Gallo**
Pelligrino Law Firm
475 Whitney Ave.
New Haven, CT 06511
203−787−2225
Email: gjg@pellegrinolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen E. Burns**
Pellegrino Law Firm
475 Whitney Ave.
New Haven, CT 06511
203−787−2225
Fax: 203−865−8408
Email: meb@pellegrinolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Eubanks**
PO bOX 588
Brevard, NC 28712
828−884−7900
Fax: 828−884−7905
Email: mceubanks@citcom.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Unapen, Inc.**          represented by  **Brady James Fulton**
Northup, McConnell &Sizemore
123 Biltmore Avenue
Asheville, NC 28801
828−232−4481
Fax: 828−232−4489
Email: bjf@northupmcconnell.com
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth E. McConnell**
Northup, McConnell &Sizemore
123 Biltmore Avenue
Asheville, NC 28801
828−232−4481
Fax: 828−232−4489

Email: eem@northupmcconnell.com
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario D Cometti**
Tibbetts Keating &Butler, LLC
43 Corbin Dr.
Darien, CT 06820
203−656−1066
Email: mdcometti@tkblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
Cabanillas and Associates, P.C.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914−385−0292
Fax: 914−206−4447
Email: attymccabe@gmail.com
*TERMINATED: 04/18/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
Tibbetts Keating &Butler, LLC
43 Corbin Dr.
Darien, CT 06820
203−656−1066
Fax: 203−656−2573
Email: tnoonan@tkblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
Tibbetts, Keating &Butler
43 Corbin Dr.
Darien, CT 06820
203−656−1066
Email: TButler@tkblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Gemma**                    represented by **Brady James Fulton**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth E. McConnell**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario D Cometti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
(See above for address)
*TERMINATED: 04/18/2013*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joan Walker**                    represented by    **Brady James Fulton**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth E. McConnell**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario D Cometti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
(See above for address)
*TERMINATED: 04/18/2013*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Unapen, Inc.**                    represented by    **Brady James Fulton**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth E. McConnell**
(See above for address)
*TERMINATED: 12/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario D Cometti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
(See above for address)
*TERMINATED: 04/18/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Joan Walker**                    represented by    **Mario D Cometti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
(See above for address)
*TERMINATED: 04/18/2013*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**David Gemma**                    represented by    **Mario D Cometti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas B Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy F. Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E. McCabe**
(See above for address)
*TERMINATED: 04/18/2013*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Encompass Advisors, Ltd.**                    represented by

Gregory J. Gallo
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Maureen E. Burns
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael C. Eubanks
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2009 | 1 | NOTICE OF REMOVAL from General Court of Justice, Superior Court Division, Transylvania County, North Carolina, case number 09−CVS−250. (Filing fee $ 350 receipt number 0419000000000827101), filed by Unapen, Inc., David Gemma, Joan Walker. (Attachments: # 1 Exhibit State Court Summons and Complaint)(McConnell, Elizabeth) (Gothers, M.). (Entered: 06/26/2009) |
| 11/30/2009 | 33 | **ORDER terminating 32 Memorandum and Recommendations.; denying 9 Motion to Dismiss; granting 9 Motion to Change Venue and this matter is hereby transferred to the United States District Court for the District of Connecticut, New Haven Division. Signed by District Judge Martin Reidinger on November 30, 2009. (jhg)** (Entered: 11/30/2009) |
| 11/30/2009 | 34 | Case electronically transferred in from District of North Carolina Western Case Number 1:09−cv−00229. File date Modified on 12/1/2009 (Bauer, J.). (Entered: 12/01/2009) |
| 11/30/2009 | 35 | ELECTRONIC FILING ORDER − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Christopher F. Droney on 11/30/09. (Bauer, J.) (Entered: 12/01/2009) |
| 12/03/2009 | | (Court only) ***Staff notes: Mailed 35 Electronic Filing Order to all counsels on the docket sheet. (Grady, B.) (Entered: 12/03/2009) |
| 12/03/2009 | | (Court only) ***Attorney Michael C. Eubanks for Encompass Advisors, Ltd., Brady James Fulton for Unapen, Inc., David Gemma and Joan Walker, Elizabeth E. McConnell for Unapen, Inc., David Gemma and Joan Walker added. (Carpenter, M.) (Entered: 12/03/2009) |
| 12/11/2009 | 36 | NOTICE of Appearance by Maureen E. Burns on behalf of Encompass Advisors, Ltd. (Burns, Maureen) (Entered: 12/11/2009) |
| 12/11/2009 | 37 | NOTICE of Appearance by Gregory J. Gallo on behalf of Encompass Advisors, Ltd. (Gallo, Gregory) (Entered: 12/11/2009) |
| 12/14/2009 | 38 | NOTICE of Appearance by Thomas E. McCabe on behalf of Unapen, Inc. *, et al.* (McCabe, Thomas) (Entered: 12/14/2009) |
| 12/14/2009 | 39 | NOTICE of Appearance by Timothy F. Butler of Unapen, Inc. *, et al.* (Butler, Timothy) (Entered: 12/14/2009) |
| 12/18/2009 | 40 | MOTION for Northup McConnell &Sizemore, Elizabeth E. McConnell and Brady J. Fulton to Withdraw as Attorney *for Defendants* by Unapen, Inc., David Gemma, Joan Walker. (Fulton, Brady) (Entered: 12/18/2009) |
| 12/23/2009 | 41 | ORDER Granting 40 Motion to Withdraw as Attorney. Attorneys Brady James Fulton and Elizabeth E. McConnell terminated. Signed by Judge Christopher F. Droney on 12/23/09. (Szczygiel, G.) (Entered: 12/23/2009) |
| 04/09/2010 | 42 | First MOTION for Judicial Conference by Unapen, Inc.. (McCabe, Thomas) (Additional attachment(s) added on 4/13/2010: # 1 corrected Motion for |

| | | |
|---|---|---|
| | | Conference) (Gothers, M.). (Entered: 04/09/2010) |
| 04/13/2010 | | Docket Entry Correction re 42 First MOTION for Judicial Conference modified: replaced corrected pdf. The case number &judge were incorrect. (Gothers, M.) (Entered: 04/13/2010) |
| 04/14/2010 | 43 | ORDER Granting 42 First MOTION for Judicial Conference. Signed by Judge Christopher F. Droney on 4/14/2010. (Szczygiel, G.) (Entered: 04/14/2010) |
| 04/14/2010 | 44 | NOTICE TO COUNSEL OF E−FILE CALENDAR: **TELEPHONIC STATUS CONFERENCE is set for 4/26/10 at 11:30 AM** before Judge Christopher F. Droney. Counsel are requested to initiate and participate in this conference via telephone. Once all parties are on the line, please telephone chambers at (860) 240−2635.(Szczygiel, G.) (Entered: 04/14/2010) |
| 04/26/2010 | 45 | NOTICE TO COUNSEL OF **AMENDED** E−FILE CALENDAR: **TELEPHONIC STATUS CONFERENCE is set for 5/14/10 at 2:00 PM** (rescheduled from 4/26/10) before Judge Christopher F. Droney. Counsel are requested to initiate and participate in this conference via telephone. Once all parties are on the line, please telephone chambers at (860) 240−2635.(Szczygiel, G.) (Entered: 04/26/2010) |
| 05/14/2010 | 46 | Minute Entry for proceeding held before Judge Christopher F. Droney: Telephonic Status Conference held on 5/14/2010; 5 minutes. (Szczygiel, G.) (Entered: 05/14/2010) |
| 06/18/2010 | 47 | AMENDED COMPLAINT against Encompass Advisors, Ltd., filed by Encompass Advisors, Ltd..(Gallo, Gregory) (Entered: 06/18/2010) |
| 06/18/2010 | 48 | NOTICE by Encompass Advisors, Ltd. re 47 Amended Complaint (Gallo, Gregory) (Entered: 06/18/2010) |
| 06/29/2010 | 49 | NOTICE TO COUNSEL, ( Rule 26 Meeting Report due by 7/17/2010). Signed by Clerk on 6/29/10. (Johnson, D.) (Entered: 06/29/2010) |
| 10/25/2010 | 50 | NOTICE TO COUNSEL OF E−FILE CALENDAR: **TELEPHONIC STATUS CONFERENCE is set for 10/27/10 at 12:00 PM** before Judge Christopher F. Droney. Counsel are requested to initiate and participate in this conference via telephone. Once all parties are on the line, please telephone chambers at (860) 240−2635. (Szczygiel, G.) (Entered: 10/25/2010) |
| 10/27/2010 | 51 | Minute Entry for proceeding held before Judge Christopher F. Droney: Telephonic Status Conference held on 10/27/2010; 10 minutes. (Szczygiel, G.) (Entered: 10/27/2010) |
| 11/23/2010 | 52 | ANSWER to 47 Amended Complaint with Affirmative Defenses., COUNTERCLAIM against Encompass Advisors, Ltd. by Unapen, Inc., Joan Walker, David Gemma.(McCabe, Thomas) (Entered: 11/23/2010) |
| 12/02/2010 | 53 | REPORT of Rule 26(f) Planning Meeting. (McCabe, Thomas) (Entered: 12/02/2010) |
| 12/07/2010 | 54 | ORDER, Approved and So Ordered, 53 Report of Rule 26(f) Planning Meeting. Signed by Judge Christopher F. Droney on 12/7/10. (Szczygiel, G.) (Entered: 12/07/2010) |
| 12/07/2010 | | Set Deadlines: Discovery due by 9/1/2011 Dispositive Motions due by 10/1/2011 Joint Trial Brief due by 10/1/2011 Trial Ready Date 12/1/2011 (Johnson, D.) (Entered: 12/08/2010) |
| 12/09/2010 | 55 | ORDER REFERRING CASE to Magistrate Judge William I. Garfinkel for a settlement conference. Signed by Judge Christopher F. Droney on 12/8/2010. (Gothers, M.) (Entered: 12/09/2010) |
| 12/15/2010 | 56 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.Telephone Pre−Settlement Conference set for January 10, 2011 @ 12:00 NOON before Judge William I. Garfinkel. Counsel for the plaintiff shall initiate this call. Once all parties are on the line, please contact Chambers at (203)579−5593. A date for the settlement conference will be set during the telephone call. As the Court requires parties or |

| | | |
|---|---|---|
| | | their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next 120 days and have their own calendars available to aid in the scheduling. During the telephone call, counsel should be prepared to discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussions to be productive. This telephone conference will not be rescheduled based on requests from counsel. If counsel is not available at the scheduled time, please arrange for coverage by another lawyer who will have the necessary background knowledge to participate. (Sanders, C.) (Entered: 12/15/2010) |
| 01/07/2011 | 57 | RESPONSE re 52 Answer to Amended Complaint, Counterclaim by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 01/07/2011) |
| 01/10/2011 | 58 | Minute Entry for proceedings held before Judge William I. Garfinkel: Telephone Pre−Settlement Conference held on 1/10/2011, ( Settlement Conference set for April 4, 2011 @ 11:00 AM in Magistrate Courtroom, 4th Floor, Room 437, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. Counsel shall check in with Judge Garfinkel's chambers, room 429 prior to the conference. SETTLEMENT CONFERENCE ORDER IS ATTACHED FOR REVIEW.) 15 minutes (Sanders, C.) (Entered: 01/10/2011) |
| 04/04/2011 | 59 | Minute Entry for proceedings held before Judge William I. Garfinkel: Settlement Conference held on 4/4/2011. Case not settled. Counsel will contact Chambers when they are ready to schedule another settlement conference in this matter. Total Time: 4 hours (Sanders, C.) (Entered: 04/04/2011) |
| 06/01/2011 | 60 | NOTICE TO COUNSEL OF E−FILE CALENDAR: **TELEPHONIC STATUS CONFERENCE is set for 6/7/11 at 1:30 PM** before Judge Christopher F. Droney. Counsel are requested to initiate and participate in this conference via telephone. Once all parties are on the line, please telephone chambers at (860) 240−2635. (Williams, T.) (Entered: 06/01/2011) |
| 06/20/2011 | 61 | MOTION to Amend/Correct 53 Report of Rule 26(f) Planning Meeting by Encompass Advisors, Ltd..Responses due by 7/11/2011 (Gallo, Gregory) (Entered: 06/20/2011) |
| 06/20/2011 | 62 | AFFIDAVIT re 61 MOTION to Amend/Correct 53 Report of Rule 26(f) Planning Meeting Signed By Gregory J Gallo filed by Encompass Advisors, Ltd.. (Attachments: # 1 Exhibit Report of 26(f) Planning Meeting, # 2 Exhibit Proposed Amended 26(f) scheduling order, # 3 Exhibit Email to defendants' counsel, # 4 Exhibit Letter from Defendants' counsel)(Gallo, Gregory) (Entered: 06/20/2011) |
| 06/23/2011 | 63 | First OBJECTION *TO MOTION RE DISCOVERY SCHEDULE* filed by David Gemma, Unapen, Inc., Joan Walker. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(McCabe, Thomas) (Entered: 06/23/2011) |
| 09/22/2011 | 64 | ORDER granting 61 Motion to Amend/Correct. Signed by Judge Christopher F. Droney on 9/22/11. (Droney, Christopher) (Entered: 09/22/2011) |
| 12/19/2011 | 65 | ORDER OF TRANSFER. Case reassigned to Judge Alvin W. Thompson for all further proceedings. Signed by Clerk on 12/19/11. (Johnson, D.) (Entered: 12/19/2011) |
| 12/19/2011 | 67 | ELECTRONIC FILING ORDER − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Alvin W. Thompson on 12/19/11. (Ferguson, L.) (Entered: 01/23/2012) |
| 12/28/2011 | | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 1/17/2012 at 10:00 AM in the South Courtroom, 450 Main Street, Hartford, CT before Judge Alvin W. Thompson. (Smith, S.) (Entered: 12/28/2011) |
| 01/23/2012 | 66 | NOTICE TO PARTIES RE SCHEDULING ORDER: In accordance with the court's order dated September 22, 2011 (Doc. No. 64 ), all discovery shall be completed by January 31, 2012. Dispositive motions shall be filed by February 28, |

| | | 2012. A trial memorandum order will be issued once the dispositive motions deadline has been passed. REMINDER: please refer to the electronic filing order in civil cases re: the requirements for submission of chambers copies. It is so ordered. Signed by Judge Alvin W. Thompson on 01/23/2012. (Giering, A) (Entered: 01/23/2012) |
|---|---|---|
| 01/23/2012 | | Set Deadlines: Discovery due by 1/31/2012. Dispositive Motions due by 2/28/2012. (Smith, S.) (Entered: 01/26/2012) |
| 06/21/2012 | 68 | First MOTION to Compel *Disclosure* by Encompass Advisors, Ltd..Responses due by 7/12/2012 (Gallo, Gregory) (Entered: 06/21/2012) |
| 06/21/2012 | 69 | First Memorandum in Support re 68 First MOTION to Compel *Disclosure* filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 06/21/2012) |
| 06/28/2012 | 70 | ORDER: The Notice of Motion and Motion to Compel Responses to Discovery 68 is hereby REFERRED to Magistrate Judge Donna F. Martinez. It is so ordered. Signed by Judge Alvin W. Thompson on 6/28/12. (Smith, S.) (Entered: 07/05/2012) |
| 07/18/2012 | 71 | ORDER: A telephonic status conference regarding plaintiff's 68 Motion to Compel is set for 8/3/2012 at 3:00 PM before Judge Martinez. Counsel for the plaintiff shall initiate the call to chambers at 860−240−3605 with all counsel on the line. Signed by Judge Donna F. Martinez on 7/18/12. (Nichols, J.) (Entered: 07/18/2012) |
| 07/18/2012 | 72 | ORDER: Oral argument on plaintiff's 68 Motion to Compel is set for 8/14/2012 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Signed by Judge Donna F. Martinez on 7/18/12. (Nichols, J.) (Entered: 07/18/2012) |
| 07/18/2012 | | Set/Reset Deadlines as to 68 First MOTION to Compel *Disclosure*. Motion Hearing set for 8/14/2012 at 1:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez (Wood, R.) (Entered: 07/19/2012) |
| 08/03/2012 | 73 | Minute Entry. Status Conference held before Judge Donna F. Martinez on 8/3/2012. Total time: 8 minutes. (Nichols, J.) (Entered: 08/03/2012) |
| 08/03/2012 | 74 | ORDER: The parties shall file a Joint Status Report no later than 8/20/2012. Additionally, the oral argument set for 8/14/2012 is CANCELLED and RESCHEDULED to 8/20/2012 at 2:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Signed by Judge Donna F. Martinez on 8/3/12. (Nichols, J.) (Entered: 08/03/2012) |
| 08/14/2012 | | Set/Reset Deadlines as to 68 First MOTION to Compel *Disclosure*. Motion Hearing set for 8/20/2012 at 2:00 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez (Wood, R.) Modified on 8/17/2012 to terminate deadline (Kelsey, N.). (Entered: 08/14/2012) |
| 08/17/2012 | 75 | NOTICE: The oral argument set for 8/20/2012 is CANCELLED. As ordered in doc. 74 , a joint status report remains due on 8/20/2012. Signed by Judge Donna F. Martinez on 8/17/12. (Nichols, J.) (Entered: 08/17/2012) |
| 08/17/2012 | | (Court only) ***Hearing scheduled for 8/20/12 terminated. (Kelsey, N.) (Entered: 08/17/2012) |
| 08/17/2012 | | Motion hearing cancelled for 8/20/12.(Kelsey, N.) (Entered: 08/17/2012) |
| 08/17/2012 | | (Court only) ***Hearing Deadlines terminated. Second entry made because deadline was set twice behind scenes and remained on docket after hearing was cancelled. (Kelsey, N.) (Entered: 08/17/2012) |
| 08/24/2012 | 76 | Joint STATUS REPORT by Encompass Advisors, Ltd., David Gemma, Unapen, Inc., Joan Walker. (Gallo, Gregory) (Entered: 08/24/2012) |
| 08/29/2012 | 77 | ORDER denying without prejudice plaintiff's 68 Motion to Compel in light of the parties' 76 Joint Status Report notifying the court that the discovery dispute has been resolved. Signed by Judge Donna F. Martinez on 8/29/12. (Nichols, J.) Modified on 8/29/2012 to edit docket entry text (Kelsey, N.). (Entered: 08/29/2012) |

| 08/29/2012 | | Docket Entry Correction re 77 Order on Motion to Compel. Docket entry text modified to add the following text to the entry: notifying the court that the discovery dispute has been resolved. (Kelsey, N.) (Entered: 08/29/2012) |
|---|---|---|
| 11/16/2012 | 78 | ORDER REFERRING CASE to PJO James R. Hawkins II. It is so ordered. Signed by Judge Alvin W. Thompson on 11/16/12. (Smith, S.) (Entered: 11/16/2012) |
| 11/16/2012 | 79 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 12/4/2012 at 10:00 AM, 450 Main St., Hartford, CT before James R. Hawkins II, ParaJudicial Officer. Counsel should report to the South Chambers, Suite 240, for room assignment. (Smith, S.) (Entered: 11/16/2012) |
| 11/16/2012 | | (Court only) ***Set PJO Flag (Smith, S.) (Entered: 07/16/2013) |
| 12/04/2012 | 80 | Minute Entry for proceedings held before James R. Hawkins II, ParaJudicial Officer: Status Conference held on 12/4/2012. All fact discovery will be completed by 12/31/12. If a dispositive motion is filed, it will be filed by 3/28/13. 30 minutes (off the record) (Smith, S.) (Entered: 12/04/2012) |
| 12/04/2012 | | Set Deadlines: Discovery due by 12/31/2012. Dispositive Motions due by 3/28/2013. (Smith, S.) (Entered: 12/05/2012) |
| 12/07/2012 | 81 | − ENTERED IN ERROR − NOTICE by Encompass Advisors, Ltd. *Expert Witness* (Gallo, Gregory) Modified on 12/10/2012 (Ferguson, L.) (Entered: 12/07/2012) |
| 12/10/2012 | | Docket Entry Correction re 81 Notice − Expert Witness: Entered in Error − Per the Local Rules, Discovery is not to be filed. (Ferguson, L.) (Entered: 12/10/2012) |
| 12/17/2012 | 82 | CONSENT to Jurisdiction by US Magistrate Judge by Encompass Advisors, Ltd., David Gemma, Unapen, Inc., Joan Walker. Case reassigned to Magistrate Judge Donna F. Martinez. This matter has been transferred to a magistrate judge. All non−efiled submissions should be filed at the seat of court where the magistrate judge presides. The case number will remain the same, but must be followed by the magistrate judge's initials. Signed by Judge Alvin W. Thompson on 12/17/12. (Ferguson, L.) (Entered: 12/19/2012) |
| 01/11/2013 | 83 | NOTICE of Appearance by Thomas B Noonan on behalf of Unapen, Inc. (Noonan, Thomas) (Entered: 01/11/2013) |
| 01/11/2013 | 84 | MOTION to Preclude Plaintiff's Expert by Unapen, Inc..Responses due by 2/1/2013 (Noonan, Thomas) (Entered: 01/11/2013) |
| 01/11/2013 | | (Court only) ***Attorney Thomas B Noonan for Unapen, Inc.,Thomas B Noonan for Unapen, Inc. added. (Wood, R.) (Entered: 04/18/2013) |
| 01/14/2013 | 85 | MOTION for Thomas E. McCabe to Withdraw as Attorney by David Gemma, Unapen, Inc., Joan Walker. (McCabe, Thomas) (Entered: 01/14/2013) |
| 01/15/2013 | 86 | Amended MOTION to Preclude Plaintiff's Expert by Unapen, Inc..Responses due by 2/5/2013 (Noonan, Thomas) (Entered: 01/15/2013) |
| 02/06/2013 | 87 | Memorandum in Opposition re 86 Amended MOTION to Preclude Plaintiff's Expert filed by Encompass Advisors, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gallo, Gregory) (Entered: 02/06/2013) |
| 04/18/2013 | 88 | ORDER granting 85 Motion to Withdraw as Attorney. Other counsel remains to represent defendants. Attorney Thomas E. McCabe terminated. Signed by Judge Donna F. Martinez on 4/18/13. (Nichols, J.) (Entered: 04/18/2013) |
| 04/18/2013 | 89 | ORDER finding as moot 84 Motion to Preclude Plaintiff's Expert. Defendant has filed an amended motion (doc. #86). Signed by Judge Donna F. Martinez on 4/18/13. (Nichols, J.) (Entered: 04/18/2013) |
| 04/18/2013 | 90 | ORDER: A telephonic Status Conference before Judge Donna F. Martinez is set for 5/14/2013 at 11:00 AM. Counsel for defendants shall place the call to chambers at 860−240−3605 with opposing counsel on the line. Signed by Judge Donna F. Martinez on 4/18/13. (Nichols, J.) (Entered: 04/18/2013) |

| 05/17/2013 | 91 | NOTICE: The telephonic Status Conference set for 5/14/13 is RESCHEDULED to 5/21/2013 at 4:00 PM before Judge Donna F. Martinez. Counsel for defendants shall place the call to chambers at 860−240−3605 with opposing counsel on the line. Signed by Judge Donna F. Martinez on 5/17/13. (Nichols, J.) (Entered: 05/17/2013) |
|---|---|---|
| 05/21/2013 | 92 | ORDER withdrawing 86 Motion to Preclude without prejudice. Signed by Judge Donna F. Martinez on 5/21/13. (Martinez, Donna) (Entered: 05/21/2013) |
| 05/21/2013 | 93 | Minute Entry for Status Conference held before Judge Donna F. Martinez on 5/21/2013. Total time: 8 minutes. (Nichols, J.) (Entered: 05/21/2013) |
| 05/21/2013 | 94 | ORDER REFERRING CASE to Magistrate Judge William I. Garfinkel to conduct a Settlement Conference. Judge Garfinkel has graciously agreed to meet with the parties. Signed by Judge Donna F. Martinez on 5/21/13. (Nichols, J.) (Entered: 05/21/2013) |
| 05/31/2013 | 95 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Pre−Settlement Conference set for 6/7/2013 @ 1:00 PM before Judge William I. Garfinkel. Counsel for the plaintiff shall initiate this call. Once all parties are on the line, please contact Chambers at (203)579−5593. A date for the settlement conference will be set during the telephone call. As the Court requires parties or their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next 60 days and have their own calendars available to aid in the scheduling. During the telephone call, counsel should be prepared to discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussions to be productive. This telephone conference will not be rescheduled based on requests from counsel. If counsel is not available at the scheduled time, please arrange for coverage by another lawyer who will have the necessary background knowledge to participate. (Sanders, C.) (Entered: 05/31/2013) |
| 06/04/2013 | 96 | SCHEDULING ORDER: SEE ATTACHED deadlines and instructions. Trial Brief due by 8/2/2013; Final Pretrial Conference set for 8/8/2013 at 11:00 AM before Judge Donna F. Martinez in her Chambers, Room 262, 450 Main St., Hartford, CT; Bench Trial set for 8/20/2013 at 10:00 AM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. Signed by Judge Donna F. Martinez on 6/4/13. (Nichols, J.) (Entered: 06/04/2013) |
| 06/07/2013 | 97 | Minute Entry for proceedings held before Judge William I. Garfinkel: Telephone Pre Settlement Conference held on 6/7/2013, (Follow−up Settlement Conference set for 7/11/2013 @ 2:00 PM in Magistrate Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, CT before Judge William I. Garfinkel. Counsel shall check in with Judge Garfinkel's chambers room 429 prior to the conference. COUNSEL SHALL SEND TO CHAMBERS AN UPDATED EX PARTE BRIEF AS OUTLINED IN THE ATTACHED SETTLEMENT CONFERENCE MEMO). 30 minutes (Sanders, C.) (Entered: 06/07/2013) |
| 07/03/2013 | 98 | NOTICE of Appearance by Mario D Cometti on behalf of David Gemma, Unapen, Inc., Joan Walker (Cometti, Mario) (Entered: 07/03/2013) |
| 07/10/2013 | 99 | (Court only) Defendants wish to proceed to trial. Settlement conference deadline of July 11, 2013 is terminated. (Sanders, C.) (Entered: 07/10/2013) |
| 07/17/2013 | 100 | AMENDED TRIAL SCHEDULING ORDER: Final Pretrial Conference set for 12/5/2013 at 11:00 AM before Judge Donna F. Martinez in her, Chambers Room 262, 450 Main St., Hartford, CT. Joint Trial Memorandum due by 11/26/2013; Motions in Limine due by 11/26/2013; Bench Trial set for 12/10/2013 10:00 AM in the East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez. See instructions. Signed by Judge Donna F. Martinez on 7/17/13. (Nichols, J.) (Entered: 07/17/2013) |
| 07/30/2013 | 101 | NOTICE of Appearance by Thomas B Noonan on behalf of David Gemma, Unapen, Inc., Joan Walker (Noonan, Thomas) (Entered: 07/30/2013) |

| 07/30/2013 | 102 | NOTICE of Appearance by Timothy F. Butler on behalf of David Gemma, Unapen, Inc., Joan Walker (Butler, Timothy) (Entered: 07/30/2013) |
|---|---|---|
| 10/16/2013 | 103 | MOTION to Preclude *Plaintiff's Expert* by David Gemma, Unapen, Inc., Joan Walker.Responses due by 11/6/2013 (Attachments: #1 Memorandum in Support of Defendants' Motion to Preclude Plaintiff's Expert, #2 Exhibit A to Memorandum, #3 Exhibit B to Memorandum, #4 Exhibit C to Memorandum, #5 Exhibit D to Memorandum, #6 Exhibit E to Memorandum, #7 Exhibit F to Memorandum)(Noonan, Thomas) (Entered: 10/16/2013) |
| 10/25/2013 | 104 | MOTION for Prejudgment Remedy by Encompass Advisors, Ltd.. (Attachments: #1 Affidavit Jon Randolph Green, #2 Affidavit Don Poggio, #3 Memorandum in Support, #4 Exhibit A, #5 Notice to Defendants, #6 Text of Proposed Order)(Gallo, Gregory) (Entered: 10/25/2013) |
| 10/30/2013 | 105 | ORDER: A telephonic conference re: 104 Motion for Prejudgment Remedy is set for 11/6/2013 at 3:00 PM before Judge Donna F. Martinez. Plaintiff's counsel shall place the call to chambers at 860−240−3605 with opposing counsel on the line. Signed by Judge Donna F. Martinez on 10/30/13. (Nichols, J.) (Entered: 10/30/2013) |
| 10/31/2013 | 106 | Memorandum in Opposition re 103 MOTION to Preclude *Plaintiff's Expert* filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 10/31/2013) |
| 11/06/2013 | 107 | NOTICE: The telephone conference set for 11/6/2013 at 3:00 PM is cancelled. Signed by Judge Donna F. Martinez on 11/6/13. (Nichols, J.) (Entered: 11/06/2013) |
| 11/06/2013 | 108 | ORDER: A telephonic conference re: 104 Motion for Prejudgment Remedy is set for 11/15/2013 at 10:00 AM before Judge Donna F. Martinez. Plaintiff's counsel shall place the call to chambers at 860−240−3605 with opposing counsel on the line. Signed by Judge Donna F. Martinez on 11/6/13. (Nichols, J.) (Entered: 11/06/2013) |
| 11/14/2013 | 109 | REPLY to Response to 103 MOTION to Preclude *Plaintiff's Expert* filed by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 11/14/2013) |
| 11/15/2013 | 110 | Minute Entry for telephonic conference held before Judge Donna F. Martinez on 11/15/2013. Total time: 14 minutes. (Nichols, J.) (Entered: 11/15/2013) |
| 11/18/2013 | 111 | NOTICE: The court will rule on plaintiff's Motion for Prejudgment Remedy after hearing evidence at the court trial that is scheduled to begin on 12/10/13. Signed by Judge Donna F. Martinez on 11/18/13. (Nichols, J.) (Entered: 11/18/2013) |
| 11/26/2013 | 112 | TRIAL MEMO *JOINT* by Encompass Advisors, Ltd., David Gemma, Unapen, Inc., Joan Walker Estimated trial time 3 days. (Gallo, Gregory) (Entered: 11/26/2013) |
| 11/27/2013 | 113 | RESPONSE re 103 MOTION to Preclude *Plaintiff's Expert Supplemental Declaration* filed by Encompass Advisors, Ltd.. (Attachments: #1 Exhibit)(Gallo, Gregory) (Entered: 11/27/2013) |
| 12/04/2013 | 114 | Proposed Exhibit List *Joint* by Encompass Advisors, Ltd., David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 12/04/2013) |
| 12/05/2013 | 115 | Minute Entry for Final Pretrial Conference held before Judge Donna F. Martinez on 12/5/2013. Total Time: 1 hours and 45 minutes. (Nichols, J.) (Entered: 12/05/2013) |
| 12/05/2013 | 116 | ORDER denying 103 Motion to Preclude. Signed by Judge Donna F. Martinez on 12/5/13. (Nichols, J.) (Entered: 12/05/2013) |
| 12/05/2013 | 117 | ORDER: A telephonic follow−up Pretrial Conference is set for 12/6/2013 at 12:30 PM before Judge Donna F. Martinez. Counsel for defendants shall place the call to chambers at 860−240−3605 with opposing counsel on the line. Signed by Judge Donna F. Martinez on 12/5/13. (Nichols, J.) (Entered: 12/05/2013) |
| 12/06/2013 | 118 | Minute Entry for telephonic follow−up Pretrial Conference held before Judge Donna F. Martinez on 12/6/2013. Total time: 15 minutes. (Nichols, J.) (Entered: |

| | | |
|---|---|---|
| | | 12/09/2013) |
| 12/09/2013 | 119 | MOTION Permit Plaintiff to Demonstrate it Defendants' Software on its Computer at Trial by Encompass Advisors, Ltd..Responses due by 12/30/2013 (Attachments: # 1 Affidavit Jon Randolph Green, # 2 Affidavit Gregory J. Gallo, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Gallo, Gregory) (Entered: 12/09/2013) |
| 12/10/2013 | 120 | Minute Entry. Proceedings held before Judge Donna F. Martinez: denying 119 Motion to permit plaintiff to demonstrate defendant's software on its computer at trial; Bench Trial held on 12/10/2013 &continued to 12/11/2013 at 10:00 a.m. Total Time: 4 hours and 34 minutes(Court Reporter P. Masi.) (Wood, R.) (Entered: 12/11/2013) |
| 12/11/2013 | 121 | Minute Entry for proceedings held before Judge Donna F. Martinez: Bench Trial held on 12/11/2013. Bench Trial Continued Until 12/12/2013 at 10:00 a.m. Total Time: 4 hours and 52 minutes(Court Reporter I. Sanchez, M. Falzarano.) (Wood, R.) (Entered: 12/12/2013) |
| 12/12/2013 | 122 | Minute Entry for proceedings held before Judge Donna F. Martinez: Bench Trial held on 12/12/2013. Bench Trial Continued Until 12/13/2013 at 10:00 a.m.. Total Time: 4 hours and 12 minutes(Court Reporter P. Masi, I. Sanchez.) (Wood, R.) (Entered: 12/13/2013) |
| 12/13/2013 | 125 | Minute Entry for proceedings held before Judge Donna F. Martinez: Bench Trial held on 12/13/2013., Bench Trial completed on 12/13/2013. Total Time: 4 hours and 45 minutes(Court Reporter I. Sanchez.) (Wood, R.) (Entered: 12/17/2013) |
| 12/13/2013 | 126 | Marked Witness List by Encompass Advisors, Ltd.. (Wood, R.) (Entered: 12/17/2013) |
| 12/13/2013 | 127 | Marked Witness List by David Gemma, Unapen, Inc., Joan Walker. (Wood, R.) (Entered: 12/17/2013) |
| 12/13/2013 | 128 | Marked/Joint Exhibit List by Encompass Advisors, Ltd., David Gemma, Unapen, Inc., Joan Walker. (Wood, R.) (Entered: 12/17/2013) |
| 12/13/2013 | 129 | Marked Court Exhibit List. (Wood, R.) (Entered: 12/17/2013) |
| 12/16/2013 | 123 | MOTION to Seal Trial Exhibit, Defendants' Exhibit 13 by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 12/16/2013) |
| 12/16/2013 | 124 | ORDER granting 123 Motion to Seal pursuant to Fed. R. Civ. P. 5.2(d) and D. Conn. L. Civ. R. 5(e). The Clerk of the Court shall seal Defendants' Exhibit 13, a video recording that displays confidential financial data of third parties. Defendants' Exhibits 11 and 12, which are printed stills from the video, have been redacted to prevent disclosure of the confidential data. Signed by Judge Donna F. Martinez on 12/16/13. (Nichols, J.) (Entered: 12/16/2013) |
| 01/22/2014 | 130 | TRANSCRIPT of Proceedings: Type of Hearing: Bench Trial. Held on 12/10/13, 12/12/13 a.m. before Judge Martinez. Court Reporter: Patricia L. Masi. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/12/2014. Redacted Transcript Deadline set for 2/22/2014. Release of Transcript Restriction for 4/22/2014. (Masi, P.) (Entered: 01/22/2014) |
| 01/27/2014 | 131 | MOTION to Redact 130 Transcript,,,, by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 01/27/2014) |

| 01/27/2014 | 132 | NOTICE of Intent to Request Redaction by Thomas B Noonan re 130 Transcript,,,, (Noonan, Thomas) (Entered: 01/27/2014) |
|---|---|---|
| 01/27/2014 | 133 | TRANSCRIPT of Proceedings: Type of Hearing: Bench Trial − Vol. 3 P.M.. Held on December 12, 2013 before Judge D. Martinez. Court Reporter: I. Sanchez−Farnham. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/17/2014. Redacted Transcript Deadline set for 2/27/2014. Release of Transcript Restriction set for 4/27/2014. (Sanchez, I.) (Entered: 01/27/2014) |
| 01/27/2014 | 134 | TRANSCRIPT of Proceedings: Type of Hearing: Bench Trial − Vol.4. Held on December 13, 2013 before Judge D. Martinez. Court Reporter: I. Sanchez−Farnham. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/17/2014. Redacted Transcript Deadline set for 2/27/2014. Release of Transcript Restriction set for 4/27/2014. (Sanchez, I.) (Entered: 01/27/2014) |
| 01/27/2014 | | (Court only) "ENTERED IN ERROR" ***Motions terminated: 131 MOTION to Redact 130 Transcript,,,, filed by Encompass Advisors, Ltd.. (Wood, R.) (Entered: 01/28/2014) |
| 01/27/2014 | 136 | NOTICE of Transcript Redaction Request re 130 Transcript,,,, by attorney Gregory J. Gallo. Document No. 131 Corrected. (Wood, R.) (Entered: 01/28/2014) |
| 01/28/2014 | 135 | TRANSCRIPT of Proceedings: Type of Hearing: Bench Trial−Vol. 2 AM. Held on December 11, 2013 before Judge D. Martinez. Court Reporter: I. Sanchez−Farnham. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/18/2014. Redacted Transcript Deadline set for 2/28/2014. Release of Transcript Restriction set for 4/28/2014. (Sanchez, I.) (Entered: 01/28/2014) |
| 02/28/2014 | 137 | TRIAL MEMO *POST TRIAL MEMORANDUM* by Encompass Advisors, Ltd.. (Attachments: # 1 Exhibit A)(Gallo, Gregory) (Entered: 02/28/2014) |
| 02/28/2014 | 138 | Proposed Findings of Fact and Conclusions of Law by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 02/28/2014) |
| 02/28/2014 | 139 | TRIAL MEMO *Post Trial Memorandum* by David Gemma, Unapen, Inc., Joan Walker. (Attachments: # 1 Appendix Appendix 1, # 2 Appendix Appendix 2)(Noonan, Thomas) (Entered: 02/28/2014) |

| 03/11/2014 | 140 | MOTION for Cost and Fees *Expert Witness Deposition* by Encompass Advisors, Ltd..Responses due by 4/1/2014 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Gallo, Gregory) (Entered: 03/11/2014) |
|---|---|---|
| 03/19/2014 | 141 | TRANSCRIPT of Proceedings: Type of Hearing: Bench Trial. Held on December 11, 2013 before Judge Martinez. Court Reporter: Mayhew. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/9/2014. Redacted Transcript Deadline set for 4/19/2014. Release of Transcript Restriction set for 6/17/2014. (Falzarano, M.) (Entered: 03/19/2014) |
| 03/19/2014 | 142 | TRANSCRIPT of Proceedings: Type of Hearing: Bench trial. Held on 12/10/2013 before Judge Martinez. Court Reporter: Patricia Masi. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/9/2014. Redacted Transcript Deadline set for 4/19/2014. Release of Transcript Restriction set for 6/17/2014. (Masi, P.) (Entered: 03/19/2014) |
| 03/26/2014 | 143 | ORDER withdrawing 140 Motion for Cost and Fees at the request of the moving party. Signed by Judge Donna F. Martinez on 3/26/14. (Nichols, J.) (Entered: 03/26/2014) |
| 03/31/2014 | 144 | MEMORANDUM OF DECISION setting forth FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Donna F. Martinez on 3/31/14. (Nichols, J.) (Entered: 03/31/2014) |
| 03/31/2014 | 145 | ORDER finding as moot 104 Motion for Prejudgment Remedy. Signed by Judge Donna F. Martinez on 3/31/14. (Nichols, J.) (Entered: 03/31/2014) |
| 03/31/2014 | 146 | JUDGMENT entered in favor of Unapen, Inc., David Gemma, Joan Walker against Encompass Advisors, Ltd. For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms Signed by Clerk on 3/31/14. (Kelsey, N.) (Entered: 04/01/2014) |
| 03/31/2014 | | (Court only) ***Civil Case Terminated. (Kelsey, N.) (Entered: 04/01/2014) |
| 04/01/2014 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: https://ecf.ctd.uscourts.gov/cgi−bin/Dispatch.pl?survey (Kelsey, N.) (Entered: 04/01/2014) |

| 04/14/2014 | 147 | MOTION for Reconsideration by David Gemma, Unapen, Inc., Joan Walker.Responses due by 5/5/2014 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Exhibit A)(Noonan, Thomas) (Entered: 04/14/2014) |
|---|---|---|
| 04/25/2014 | 148 | MOTION to Amend/Correct 144 Findings of Fact &Conclusions of Law by Encompass Advisors, Ltd..Responses due by 5/16/2014 (Gallo, Gregory) (Entered: 04/25/2014) |
| 04/25/2014 | 149 | Memorandum in Support re 148 MOTION to Amend/Correct 144 Findings of Fact &Conclusions of Law filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 04/25/2014) |
| 04/25/2014 | 150 | MOTION to Alter Judgment by Encompass Advisors, Ltd..Responses due by 5/16/2014 (Gallo, Gregory) (Entered: 04/25/2014) |
| 04/25/2014 | 151 | Memorandum in Support re 150 MOTION to Alter Judgment filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 04/25/2014) |
| 04/30/2014 | 152 | NOTICE by David Gemma, Unapen, Inc., Joan Walker *of Attorney's Fees Submission* (Attachments: # 1 Affidavit re: Attorney's Fees, # 2 Exhibit A, # 3 Exhibit B)(Noonan, Thomas) (Entered: 04/30/2014) |
| 05/02/2014 | 153 | Memorandum in Opposition re 147 MOTION for Reconsideration filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 05/02/2014) |
| 05/14/2014 | 154 | MOTION for Extension of Time to submit oppposition to Defendants' application for attorney's fees 152 Notice (Other) by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 05/14/2014) |
| 05/15/2014 | 155 | ORDER granting 154 Motion for Extension of Time. Plaintiff's response to defendants' 152 application for attorney's fees is due not more than 10 days after a ruling on the pending post−trial motions (docs. ## 147, 148, 150). Signed by Judge Donna F. Martinez on 5/15/14. (Nichols, J.) (Entered: 05/15/2014) |
| 05/16/2014 | 156 | REPLY to Response to 147 MOTION for Reconsideration filed by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 05/16/2014) |
| 05/16/2014 | 157 | OBJECTION re 150 MOTION to Alter Judgment filed by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 05/16/2014) |
| 05/16/2014 | 158 | OBJECTION re 148 MOTION to Amend/Correct 144 Findings of Fact &Conclusions of Law filed by David Gemma, Unapen, Inc., Joan Walker. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Noonan, Thomas) (Entered: 05/16/2014) |
| 05/19/2014 | 159 | ORDER granting 147 Motion for Reconsideration; granting in part and denying in part 148 Motion to Amend/Correct; denying 150 Motion to Alter Judgment. Signed by Judge Donna F. Martinez on 5/19/14. (Nichols, J.) (Entered: 05/19/2014) |
| 05/19/2014 | 160 | AMENDED JUDGMENT entered in favor of Unapen, Inc., David Gemma, Joan Walker against Encompass Advisors, Ltd..<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms Signed by Clerk on 5/19/14.(Wood, R.) (Entered: 05/21/2014) |
| 05/23/2014 | 161 | Second MOTION for Extension of Time until June 15, 2014 Submit opposition to Defendants' application for attorney's fees 152 Notice (Other) by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 05/23/2014) |
| 05/27/2014 | 162 | ORDER granting 161 Second Motion for Extension of Time to which defendant consents. Plaintiff's response to defendants' 152 application for attorney's fees is due by 6/15/2014. Signed by Judge Donna F. Martinez on 5/27/14. (Nichols, J.) (Entered: 05/27/2014) |
| 06/10/2014 | 163 | NOTICE OF APPEAL to Federal Circuit by Encompass Advisors, Ltd.. Filing fee $ 505, receipt number 0205−3270968. (Gallo, Gregory) (Entered: 06/10/2014) |

| 06/14/2014 | 164 | RESPONSE re 152 Notice (Other) *Memorandum in Opposition* filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 06/14/2014) |
| 06/14/2014 | 165 | AFFIDAVIT re 152 Notice (Other) *Opposition Attorney's Fees* Signed By Maureen E Burns, Esq. filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 06/14/2014) |
| 06/14/2014 | 166 | AFFIDAVIT re 152 Notice (Other) *Opposition to Attorney's Fees* Signed By Gregory J Gallo, Esq. filed by Encompass Advisors, Ltd.. (Gallo, Gregory) (Entered: 06/14/2014) |
| 06/23/2014 | 167 | MOTION for Extension of Time until July 14, 2014 reply to plaintiff's objection to Unapen's submission of attorney's fees 166 Affidavit, 152 Notice (Other), 165 Affidavit, 164 Response by David Gemma, Unapen, Inc., Joan Walker. (Noonan, Thomas) (Entered: 06/23/2014) |

I hereby certify that the foregoing is a
true copy of the original document on file.


Date: _____6/25/14_____

      Roberta D. Tabora
      Clerk


By: _____*Robert Wood*_____

      Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ENCOMPASS ADVISORS, LTD.,          :
                                   :
        Plaintiff,                 :
                                   :
        v.                         :        CASE NO. 3:09CV1949(DFM)
                                   :
UNAPEN, INC. et al.                :
                                   :
        Defendants.                :

RULING ON POST-TRIAL MOTIONS

Plaintiff brought this action alleging breach of a software licensing contract, fraud and unfair trade practices against defendants Unapen, Inc. and its officers David Gemma and Joan Walker.  Unapen counterclaimed for breach of contract.  After a four day bench trial, the court determined that plaintiff breached the contract (doc. #144) and awarded damages of $26,125 and contractual attorney's fees to Unapen (doc. #146).  Pending before the court are defendants' Motion for Reconsideration (doc. #147), plaintiff's Motion to Amend/Correct Findings of Fact & Conclusions of Law (doc. #148) and plaintiff's Motion to Alter Judgment (doc. #150).  For the reasons that follow, the Motion for Reconsideration and Motion to Amend/Correct are GRANTED in part, and the Motion to Alter Judgment is DENIED.

A. <u>Standard of Review</u>

Plaintiff seeks amendment of the court's findings of fact and conclusions of law under Fed. R. Civ. P. 52(b).[1]  In light of the proposed amendments, plaintiff moves pursuant to Rule 59(e) for entry of an amended judgment sustaining its CUTPA claim and reducing its liability for damages on the counterclaim.[2] Defendants seek reconsideration of the fee award under D. Conn. L. Civ. R. 7(c).[3]  The standard of review is the same under each of these rules.  See <u>Taylor v. Housing Authority of New Haven</u>, No. 3:08CV557(JBA), 2010 WL 2801895, at *1 (D. Conn. July 14, 2010) (standard of review under Rule 52(b) mirrors standard governing motions for reconsideration); <u>Allstate Ins. Co. v. Passaro-Henry</u>, 660 F. Supp. 2d 317, 325 (D. Conn. 2009) (courts consider motions under Rule 59(e) pursuant to same standard as that governing motions for reconsideration).  "A Rule 52(b)

---

[1]Rule 52(b) provides:  "On a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings — or make additional findings — and may amend the judgment accordingly.  The motion may accompany a motion for a new trial under Rule 59."

[2]Rule 59(e) provides:  "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment."

[3]Local Civil Rule 7(c)(1) provides:  "Motions for reconsideration shall be filed and served within fourteen (14) days of the filing of the decision or order from which such relief is sought, and shall be accompanied by a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order."

motion will only be granted when the moving party can show
either manifest errors of law or fact, or newly discovered
evidence." New England Health Care Employees Welfare Fund v.
iCARE Management, LLC, 886 F. Supp. 2d 82, 92 (D. Conn. 2012)
(citation and quotation marks omitted).  The standard for
granting a motion for reconsideration or a Rule 59(e) motion to
alter judgment "is strict, and reconsideration generally will be
denied unless the moving party can point to controlling
decisions or data that the court overlooked — matters, in other
words, that might reasonably be expected to alter the conclusion
reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d
255, 257 (2d Cir. 1995) (citations omitted).  "The major grounds
justifying reconsideration are 'an intervening change of
controlling law, the availability of new evidence, or the need
to correct a clear error or prevent manifest injustice.'"
Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245,
1255 (2d Cir. 1992) (quoting 18 Charles A. Wright, Arthur R.
Miller & Edward H. Cooper, Federal Practice and Procedure §
4478, at 790 (1981)).

    B.  Plaintiff's Motions

        1.  Amended Finding of Fact

    In his motions, plaintiff asks the court to amend several
of its factual findings and to amend the judgment accordingly.
First, plaintiff challenges the court's finding that

"[i]mplementation [of ClientLogix] was stalled because Unapen could not test the link between ClientLogix and PortfolioCenter until plaintiff completed the data conversion in the first week of June 2007." (Doc. #144 at 9.)  Second, plaintiff challenges the court's finding that "[b]ecause the record does not include a Design Analysis, product instructions or user manuals, there is no evidence that ClientLogix functioned less well than the product plaintiff was supposed to have received."  Third, plaintiff challenges the court's finding that a particular advertisement was not published until after the contract was executed.

Amendment of the first two challenged findings is not warranted because plaintiff has not identified any evidence that the court overlooked or clear error that might justify reconsideration.  However, the third finding warrants amendment. One of the central disputes at trial concerned Unapen's ability to pull financial performance data from Schwab PortfolioCenter into ClientLogix, the client management program that Unapen sold to plaintiff.  In the Memorandum of Decision, the court found:

> [I]n April 2007 at the latest, Unapen's website advertised that it could link ClientLogix with Schwab PortfolioCenter using "powerful and proven integration technology." (Pl.'s Ex. 10 at 2, [Ex.] 12.)  At that time, no registered investment advisor was using ClientLogix version 3.6. (Doc. #134 at 140-41.) Plaintiff has not established that the advertisement was published prior to the contract, which precludes any finding that Green relied on it when he entered into the contract.

(Doc. #144 at 7 n.1.)  This finding was based on defendants'
response to a request for admission, which was admitted into
evidence at trial as Plaintiff's Exhibit 10.  The response
stated that the website did not contain that advertisement until
April 2007, three months after the contract was signed in
January 2007.  Plaintiff now points to additional testimony
elicited by counsel on cross examination of defendant Joan
Walker.  (Doc. #134 at 139-40.)  Based on that testimony, the
court finds that Unapen did represent in 2006, prior to the
parties' contract, that ClientLogix could integrate with
Schwab's portfolio accounting system using powerful and proven
integration technology.

That amended finding does not alter the outcome of
plaintiff's CUTPA claim.[4]  Plaintiff demonstrated that it was the

---

[4]The Connecticut Unfair Trade Practices Act ("CUTPA")
provides: "No person shall engage in unfair methods of
competition and unfair or deceptive acts or practices in the
conduct of any trade or commerce."  Conn. Gen. Stat. § 42-
110b(a).  To determine whether an act or practice violates
CUTPA, the state courts apply the three criteria of the
"cigarette rule" developed by the Federal Trade Commission:

> (1) [W]hether the practice, without necessarily having
> been previously considered unlawful, offends public
> policy as it has been established by statutes, the
> common law, or otherwise — whether, in other words, it
> is within at least the penumbra of some common law,
> statutory, or other established concept of unfairness;
> (2) whether it is immoral, unethical, oppressive, or
> unscrupulous; (3) whether it causes substantial injury
> to consumers [(competitors or other businessmen)].

first registered investment advisor to purchase version 3.6 of
ClientLogix (doc. #134 at 140-41) but adduced no evidence
regarding the existence or performance of prior versions of
ClientLogix.  Lacking such evidence, the court is unable to
conclude that defendants' 2006 description of "powerful and
proven integration technology" was false or likely to mislead.
Additionally, although plaintiff was dissatisfied with several
aspects of the ClientLogix product that he received, that
program successfully integrated with PortfolioCenter between the
months of January 2007 and October 2007.  (Def.'s Ex. 11 at 5,
24.)  In short, plaintiff has not proved that defendants engaged
in "deceptive" acts or practices that satisfied the cigarette
rule.  Alteration of the judgment is not warranted.

    2.  <u>Conclusion of Law</u>

Plaintiff also argues that the court erred in awarding
$26,125 in actual damages because Unapen sought a lesser amount
in its pleadings.  The argument fails.  Rule 54(c) provides that

---

<u>Cheshire Mortgage Serv., Inc. v. Montes</u>, 223 Conn. 80, 105-06
(1992) (alterations in original) (quoting <u>FTC v. Sperry &
Hutchinson Co.</u>, 405 U.S. 233, 244 n.5 (1972)).  For purposes of
CUTPA, an act or practice is "deceptive" if (1) defendants made
a material representation, omission, or other practice likely to
mislead consumers and (2) consumers interpreted the message
reasonably under the circumstances, and (3) the misleading
representation, omission, or practice was material — that is,
likely to affect consumer decisions or conduct.  <u>Genworth
Financial Wealth Management, Inc. v. McMullan</u>, No.
3:09CV1521(JCH), 2012 WL 1078011, at *12 (D. Conn. Mar. 30,
2012) (citing <u>Caldor, Inc. v. Heslin</u>, 215 Conn. 590, 597
(1990)).

every final judgment other than a default judgment "should grant the relief to which each party is entitled, even if the party has not demanded that relief in its pleadings." See, e.g., GPIF-I Equity Co., Ltd. v. HDG Mansur Inv. Services, Inc., No. 1:13CV547(CM), 2014 WL 1612004, at *4 n.1 (S.D.N.Y. Apr. 21, 2014) (pursuant to Rule 54(c), plaintiff permitted to seek additional damages not mentioned in complaint but related to the allegations).

C. Defendants' Motion

Turning to the Local Rule 7(c) motion, defendants ask the court to clarify the basis of the award of contractual attorney's fees to Unapen. There are two provisions in the contract that pertain to attorney's fees. Paragraph 6.2, which concerns payment of invoices, provides in relevant part:

> CUSTOMER will reimburse UNAPEN for all reasonable costs incurred (including reasonable attorney's fees) in collecting past due amounts.

(Pl.'s Ex. 1 at 4.) Paragraph 11.16 provides:

> The prevailing party in any legal action to enforce this Agreement shall be entitled to recover its court costs and reasonable attorney's fees.

(Id. at 8.) Although the Memorandum of Decision omitted mention of the latter, the award of attorney's fees to Unapen was based on both provisions. Unapen is entitled to the reasonable attorney's fees incurred in collecting the amounts owing pursuant to ¶ 6.2 and is entitled to its court costs and

reasonable attorney's fees incurred in this legal action pursuant to ¶ 11.16. Of course, to the extent that the provisions overlap, Unapen is not entitled to a double recovery.

    D. <u>Conclusion</u>

For the foregoing reasons, plaintiff's Motion to Amend/Correct Findings of Fact & Conclusions of Law (doc. #148) is GRANTED IN PART, and plaintiff's Motion to Alter Judgment (doc. #150) is DENIED. Defendant's Motion for Reconsideration (doc. #147) is GRANTED. The court will amend the judgment pursuant to Rule 60(a) to clarify the fee award.

This is not a recommended ruling. The parties have consented to trial before a magistrate judge pursuant to 28 U.S.C. 636(c) and Fed. R. Civ. P. 73. (Doc. #82.)

SO ORDERED at Hartford, Connecticut this 19th day of May, 2014.

                _____/s/_____
                Donna F. Martinez
                United States Magistrate Judge

I hereby attest and certify that this is a copy
of a document which was electronically
filed with the United States District Court for
the District of Connecticut

Date Filed:   6/25/14

Deputy Clerk

8

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD

May 19 2014

--------------------------------------------------------

ENCOMPASS ADVISORS, LTD.,

    Plaintiff,

v.                                                  CASE NO. 3:09CV1949(DFM)

UNAPEN, INC., DAVID GEMMA and
JOAN WALKER,

    Defendants.

--------------------------------------------------------

UNAPEN, INC.,

    Counterclaim Plaintiff

v.

ENCOMPASS ADVISORS, LTD.,

    Counterclaim Defendant.

--------------------------------------------------------

## AMENDED JUDGMENT

This action came to trial before the Honorable Donna F. Martinez, United States Magistrate Judge. The issues have been tried and the Court has entered its Findings of Fact & Conclusions of Law (doc. #144) on March 31, 2014 in favor of the defendants on the claims and in favor of the counterclaim plaintiff Unapen on its counterclaim.

It is therefore ORDERED, ADJUDGED and DECREED that:

Judgment is entered in favor of the defendants Unapen, Inc., David Gemma and Joan Walker on the claims;

Judgment is entered in favor of counterclaim plaintiff Unapen, Inc. on the counterclaim;

Counterclaim plaintiff Unapen, Inc. is awarded damages in the amount of $26,125 from;

Counterclaim defendant Encompass Advisors, Ltd. is liable for Unapen, Inc.'s reasonable attorney's fees and court costs;

Counterclaim defendant Encompass Advisors, Ltd. must cease all use of Unapen's products, uninstall all copies of the products and return them to Unapen along with any other confidential information in its possession; and

The case is closed.

Dated at Hartford, Connecticut, this 19 th day of May, 2014.

ROBIN D. TABORA, CLERK
By: ____/s/ RKW_____
Robert K. Wood
Deputy Clerk

I hereby attest and certify that this is a copy
of a document which was electronically
filed with the United States District Court for
the District of Connecticut

Date Filed:_____6/25/14_____

Deputy Clerk

EOD – 5/21/14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ENCOMPASS ADVISORS. LTD.

                 Plaintiff,

      vs.

UNAPEN, INC. ,
DAVID GEMMA, AND
JOAN WALKER,
               Defendants

FILE NO.:  3:09-cv-1949 (DFM)

**NOTICE OF APPEAL**

Notice is hereby given that Encompass Advisors. Ltd., the above entitled Plaintiff and the

defendant on the Defendants' counterclaims, hereby appeals to the United States Court of

Appeals for the Federal Circuit from the United States District Court for the District of

Connecticut, from an Amended Judgment (Docket No. 160), dated May 19, 2014, and

Ruling on Post-Trial Motions (Docket No. 159), entered in this action on May 19, 2014.

Respectfully submitted: June 10, 2014

                          By:  /s/ Gregory J. Gallo
                          GREGORY J. GALLO (CT27426)
                          The Pellegrino Law Firm
                          Attorneys for Appellant
                          475 Whitney Avenue
                          New Haven, Connecticut 06511
                          (203)787-2225 Fax (203) 777-2096
                          gjg@pellegrinolawfirm.com

# CERTIFICATE OF SERVICE

I electronically filed the Notice of Plaintiff's Motion to Amend Findings of Fact and Additional Findings of Fact with the accompanying Memorandum of Law in Support with the Clerk of the United States District Court for the District of Connecticut, using the CM/ECF System. The Court's CM/ECF will send an email notification of the foregoing filing to the counsel of record who are registered with the Court's CM/ECF System.

Dated: June 10, 2014

By:   /s/ Gregory J. Gallo
       GREGORY J. GALLO (CT27426)
       The Pellegrino Law Firm
       Attorneys for Moving Party
       475 Whitney Avenue
       New Haven, Connecticut 06511
       (203)787-2225 Fax (203) 777-2096
       gjg@pellegrinolawfirm.com

I hereby attest and certify that this is a copy of a document which was electronically filed with the United States District Court for the District of Connecticut

Date Filed: 6/25/14

Deputy Clerk